Walter J. DIENER, Jr., Appellant in
No. 13736,

v.

Dora V. KELLOGG, Appellant in
No. 13737.

Nos. 13736, 13737.

United States Court of Appeals
Third Circuit.

Argued Jan. 26, 1962.

Decided Feb. 9, 1962.

Colbert C. McClain, Philadelphia, Pa.
(Bleakly, Stockwell & Zink, Charles A.
McGeary, Camden, N. J., on the brief),
for appellants.

George A. Streitz, Pitman, N. J., for
appellee.

Before KALODNER, STALEY and
SMITH, Circuit Judges.

PER CURIAM.

Upon review of the record we find no
error.

The judgment of the District Court
will be affirmed.

Isaac MACHOVER and Lola Machover,
Appellees,

v.

Abdrhmin ABDALLAH and Menrah
Abdallah, Abdrhmin Abdallah,
Appellant.

No. 13656.

United States Court of Appeals
Third Circuit.

Argued Jan. 31, 1962.

Decided Feb. 13, 1962.

Mark D. Alspach, Philadelphia, Pa.
(Rowland C. Evans, Jr., Krusen Evans

& Byrne, Philadelphia, Pa., James A.
Bough, Charlotte Amalie, St. Thomas,
U. S. Virgin Islands, on the brief), for
appellant.

David E. Maas, Charlotte Amalie, St.
Thomas, Virgin Islands (Thomas D. Ireland, St. Thomas, Virgin Islands, on the
brief), for appellees.

Before ALDRICH,* GANEY and
SMITH, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment
in favor of the plaintiffs-appellees in an
action for the specific performance of a
written contract for the sale of real property. The relief sought was properly
granted. The judgment of the District
Court is affirmed.

Joseph John RUSSELL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 19254.

United States Court of Appeals
Fifth Circuit.

Feb. 6, 1962.

Rehearing Denied April 17, 1962.

John Joseph Russell, pro se.

Louis R. Lucas, Asst. U. S. Atty., New
Orleans, La., for appellee.

Before JONES, WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

The sentence should be vacated and
the cause remanded for sentencing. Castle v. United States, 368 U.S. 13, 82 S.Ct.
123, 7 L.Ed.2d 75. The mandate will issue forthwith.

Judgment vacated and cause remanded.

* Sitting by assignment.